IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK OMOYUMA SILVER,
Appellant,

vs.

CANDICE KATIE TOWNER,
Respondent.

No. 78005

FILED

FEB 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a series of district court orders and documents. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. First, most of the orders designated in the notice of appeal are not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from the following orders and documents:

1. Order After Hearing Certifying Intent to Grant Relief

2. Complaint for Custody

3. Affidavit in Support of Service

19-08730

4. Default

5. Certificate of Service

6. Amended Certificate of Service

7. NRCP 16.2 Case Management Conference

8. Motion / Judicial Officer'; Ritchie, T. Arthur, Jr./Hearing Time 11:00 AM/Result Denied/ Comment: Defendant Frederick O Silver Motion to Dismiss Pursuant to Rule 12(B)(6) and Counterclaim and Cross- Claim Pursuant to Rule 13

9. Order After Hearing.

10. Notice of Entry of Order.

11. Return Hearing Judicial Officer Ritchie, T. Arthur, Jr. Result Decision Made/ Comment DNA TESTING/ Parties Present Plaintiff: Towner, Candice K, Attorney: Perry, Mary D.

12. Comment Order.

13. Comment Notice of Entry of Order.

14. Comment Decree of Child Custody.

15. Comment Decision and Order.

16. Comment Notice of Entry of Order.

17. Notice of Entry of Decree of Child Custody.

18. Comment Order After Hearing Certifying Intent to Grant Relief

19. Comment Notice of Entry of Order After Hearing

Second, although the Decree of Custody, notice of entry of which was served on November 28, 2018, appears to be substantively appealable, the notice of appeal was filed January 23, 2019, well after the expiration of the time frame set by NRAP 4(a)(1). An untimely notice of appeal fails to vest jurisdiction in this court. NRAP 26(c).

This court has reviewed the orders and entries listed in the notice of appeal and has concluded that no appeal lies from the documents on file with this court. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Frederick Omoyuma Silver
Mary D. Perry
Eighth District Court Clerk